# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

**OUR LADY OF TRIUMPH LAND TRUST**   v.   **SUBURBAN MORTGAGE, INC.,** *et al.*

THE HONORABLE JOHN W. SEDWICK                    CASE NO. 2:09-cv-00216  (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**              Date:  May 8, 2009

    Having considered Defendants Countrywide Home Loans, Inc.'s, ReconTrust Company's, and Mortgage Electronic Registration Systems, Inc.'s Application for Withdrawal and Substitution of Counsel [docket no. 75], and good cause appearing,

    **IT IS ORDERED** that the law firm of Tiffany & Bosco PA, through Leonard J. McDonald, Jr., is hereby withdrawn as counsel of record for Defendants Countrywide Home Loans, Inc., ReconTrust Company, and Mortgage Electronic Registration Systems, Inc.

    **IT IS FURTHER ORDERED** that the law firm of Bryan Cave LLP, through Robert W. Shely and Jonathan G. Brinson, is substituted as counsel for Defendants CountrywideHome Loans, Inc., ReconTrust Company, and Mortgage Electronic Registration Systems, Inc.