**ROBERT R. JUNG**
21001 North Tatum Blvd
Suite 1630-725
Phoenix, Arizona  85050
(480) 704-5030

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In the Matter of:** | **Case No. CV 09-216-PHX-JWS** |
| **OUR LADY OF TRIUMPH LAND TRUST,** | **MOTION TO WITHDRAW** |
| **Plaintiff,** | **(Assigned to the Hon. John W. Sedwick)** |
| vs. | |
| **SUBURBAN MORTGAGE, INC, et al.,** | |
| **Defendants** | |

    Counsel undersigned hereby moves to withdraw as counsel of record for plaintiff in this matter as Plaintiff has requested that counsel so move, and a conflict of interest has arisen that makes counsel's continued representation impossible.  Plaintiff does not object.  Additionally, Plaintiff has been notified in writing of the status of the case including the dates and times of any court hearings, pending compliance with any existing court orders and the possibility of sanctions

DATED this 12th day of May, 2009

___/s/ Robert Jung_____

Robert R. Jung

**ROBERT R. JUNG**
21001 North Tatum Blvd
Suite 1630-725
Phoenix, Arizona  85050
 (480) 704-5030
*Attorney for Plaintiff*

## Certificate of Service

I, hereby certify that this _12th_ day of May, 2009 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF for filing.  COPIES were e-mailed by CM/ECF system to the parties listed below.

TIFFANY & BOSCO., P.A.,

Leonard J. McDonald, Jr.

2525 EAST CAMELBACK ROAD, SUITE 300

PHOENIX, ARIZONA 85016

Gregory James Marshall
Snell & Wilmer LLP
1 Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-0001

Henry L. Timmerman
Cavanagh Law Firm PA
1850 North Central Ave
Suite 2400
Phoenix, AZ 85004

Our Lady of Triumph Land Trust

c/o Sherryl Madison
24220 North 53rd Avenue
Glendale, AZ 85323
smadison3@cox.net
602-741-0891



/s/ Robert Jung
Robert Jung

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In the Matter of:** | **Case No. CV 09-216-PHX-JWS** |
| **OUR LADY OF TRIUMPH LAND TRUST,** | |
| **Plaintiff** | |
| | **ORDER** |
| VS. | |
| **SUBURBAN MORTGAGE, INC, et al.,** | |
| **Defendants** | |
| | **(Assigned to the Hon. John W. Sedwick)** |

**BASED** on Plaintiff's Motion in the above captioned cause, and for good cause demonstrated;

**IT IS HEREBY ORDERED** that the counsel is given leave to withdraw as Plaintiff's attorney in this matter.

**DONE IN OPEN COURT** this _____ day of _____, 2009.

                                                                        _____
                                                                         **Honorable District Court Judge**