James A Scrivano
16067 W Morning Glory Street
Goodyear, AZ 85338

*Plaintiff in Propria Persona*

FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 18 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of:<br><br>**OUR LADY OF TRIUMPH LAND TRUST**<br><br>**Plaintiff,**<br><br>VS.<br><br>**WELLS FARGO BANK, N.A. as Trustee for ABFC 2006-OPT3 Trust, ABFC Asset-Backed Certificates, Series 2006-OPT3., By American Home Mortgage Servicing, Inc. Successor in interest to Option One, Et. Al.**<br><br>**Defendants.** | **Case No.** CV09216-JWS<br><br><br><br>**MOTION for RELIEF (Rule 60b) and EXTENTION OF TIME TO FILE SECOND MORE DEFINATE STATEMENT** |

NOW COMES, James A Scrivano, in propria persona pursuant to Rule 60 (b) (6) of the Federal Rules of Civil Procedure with his request for reconsideration of the May 7, 2009 order to dismiss defendants Countrywide Home Loans, Recontrust Company, and Mortgage Electronic Registration Systems, Inc from the above captioned case. In support of his request, the following facts are submitted.

BACKGROUND

On or about February 4, 2009 Our Lady of Triumph Land Trust filed a civil action complaint against Wells Fargo Bank, NA and American Home Mortgage Servicing, Inc., et.

MOTION FOR RELIEF FROM ORDER-1

nal. (hereinafter referred to as "Defendants"), which alleged *inter alia* that the defendants committed specified intentional acts and violated relevant provisions of Title 12 USC, Chapter 38; Jurisdiction, Title 12, Regulation Z, Part 226.1(c) (3), Title 24 CFR, Regulation X, Part 3500 and Title 12 USC §2614, the Real Estate Procedures Settlement Act and Title 28 USC §1367, and seeking rescission of the promissory notes executed in connection with defendants' intentional acts and multiple violations of relevant Federal Statutes.

Later, the honorable court issued an order for Attorney Robert Jung, (hereinafter "Jung") to file and serve a Amended Complaint upon the defendants by April 25, 2009. Attorney Jung assured the Our Lady of Triumph personal representative, *(Sheila Pilat)* and other witnesses *(Sherryl Madison & Gene Herndon)*, that unless he was directed or otherwise ordered, he would file an Amended Complaint and/or other motions, and that all documents and pleadings in this case would be filed on time as ordered by the court.

On April 25, 2009 Mr. Jung notified the court that he intended to withdraw as counsel. Attorney Jung requested a 10 day extension to file the Amended Complaint which changed the due date for the complaint from April 25, 2009 to May 5, 2009. The basis for the 10 day extension was to allow the trustee or other authorized person(s) to locate experienced counsel to prosecute the claims. His request to withdraw was denied and he further failed to file the Amended Complaint.

On May 7, 2009, Mr. Jung made a 2nd motion to withdraw as counsel, but the honorable court has not granted his removal from the case, and therefore, it was Jung's responsibility to file the Amended Complaint as ordered by the court. Mr. Jung's neglect to file the Amended Complaint, is cause for relief from the order.

## COUNSELS FAILURE TO FILE THE SECOND MORE DEFINATE STATEMENT IS GROUNDS FOR RELIEF FROM THE MAY 7, 2009 ORDER
### RULE 60 (b) (6) Fed.R.Civ.Proc

Rule 60 (b) (6) of the Federal Rules of Civil Procedure states in pertinent part that the District Court may relieve a party from the operation of judgment for any other reason that justifies such relief. In this case, The Honorable United States District Court for the District of Arizona ordered plaintiff's attorney to file and serve the Amended Complaint upon the Defendants by April 25, 2009. On March 26, 2009, Sheila Pilat, personal representative for the trust and Sherryl Madison met with attorney Jung and were assured that all responses to motions and orders would be filed on time as ordered by the court. (*See: Exhibit A, affidavits of Sherryl Madison and Sheila Pilat*). After Plaintiff discovered that Attorney Jung failed to obey the April 15, 2009 order, to file the Amended Complaint on or before April 25, 2009 several phone calls were made and emails sent to inquire about the case status, all of which went unanswered until April 21, 2009, when Jung told the aforementioned person(s) that the Amended Complaint would be filed as instructed.

Our Lady of Triumph Land Trust was represented by counsel and neither the trustee nor other authorized party received actual or constructive notice that the Amended Complaint wasn't filed as ordered. If counsel hadn't assured plaintiff that he would file the Amended Complaint, arrangements could have been made to locate a different counselor for a proper person to file the Amended Complaint. Counsel's neglect to file the

MOTION FOR RELIEF FROM ORDER-3

Amended Complaint as directed by the court's order deprived plaintiff of his rights to adequate and effective representation and risks the opportunity to present the facts of the case. Rule 60 (b) (6) vests power in the honorable court to grant relief from a judgment or order for any justifiable reason that would accomplish justice. It is difficult to find a greater injustice then counsel's failure to file the Amended Complaint to preserve claims when ordered by the court, specifically after he represented to plaintiff that such would timely filed. *See: Fed. Rules Civ. Proc. Rule 60 (b); 28 U.S.C.A.*

Later, on April 28, 2009, Jung sent email correspondence to Sheila Pilat, trust personal representative, wherein he advised that he would no longer represent, because of his inexperience and inability to provide adequate legal representation.

Plaintiff is now preceding pro-se with a valid claim of Attorney Jung's neglect, which the honorable court must excuse. It is clear that Attorney Jung's failure to file the Amended Complaint as ordered by the court and caused substantial prejudice to the beneficiary interest of the trust, and fundamental fairness requires that relief from the order is granted. See: *"Pro se litigants' pleadings are not held to the same high standards of perfection as lawyers."* Haines v. Kerner, 92 S. Ct. 594 (1982)

Wherefore, Plaintiff prays that the honorable court reconsider its April 15, 2009 order and allow plaintiff until May 30, 2009 to file the Amended Complaint.

Respectfully Submitted:

On the 14 day of May, 2009

James A Scrivano, *without recourse/prejudice*
Plaintiff in Propria Persona

MOTION FOR RELIEF FROM ORDER-4

## Certificate of Service

I, hereby swear under the penalty of perjury that the foregoing document was filed with the Clerk of the District Court on this ___14___ day of May, 2009. I further swear that a copy of the foregoing document was delivered via email or the US Postal Service to the parties listed below.

Leonard J. McDonald, Jr. (ljm@tblaw.com)
Kevin Patrick Nelson (kpn@tblaw.com)
Tiffany & Bosco, PA
2525 E. Camelback Rd., Ste. 300
Phoenix, AZ 85323
Attorney for defendants US Bank National Association, Litton Loans & HomEq Servicing, Inc.

Jeffrey S. Leonard (jeffrey.leonard@sackstierney.com)
Sacks Tierney PA
4250 N. Drinkwater Blvd.., 4th Floor
Scottsdale, AZ 85251-3674
Attorney for defendant Fremont Investment & Loan Company, Mortgage Electronic Registration Systems, Inc.

John Masterson O'Neal (joneal@quarles.com)
Ryan S. Patterson (rpatters@quarles.com)
Quarles & Brady, LLP
1 Renaissance Sq., 2 N. Central Ave.
Phoenix, AZ 85004
Attorney for IndyMac Bank, FSB

Robert Patrick Rutila (rrutila@buchalter.com)
Buchalter Nemer
16435 N. Scottsdale Rd., Ste. 440
Scottsdale, AZ 85254-1754
Attorney for defendant AMC Mortgage Services, Inc.
Attorney for defendant Argent Mortgage Company, LLC

Rochelle L. Stanford (pdmazdecf@piteduncan.com)
Douglas A. Toleno (ecfazd@piteduncan.com)
David E. McAllister (dmcallister@piteduncan.com)
Pite Duncan, LLP
4375 Jutland Dr., Ste. 200
San Diego, CA 92117
Attorney for defendant GMAC Mortgage, LLC, Homecomings Financial Network, LLC
Attorney for defendant Lehman Brothers Holdings, Inc.

Brian J. Schulman (schulmanb@gtlaw.com)
Greenberg Traurig
2375 E. Camelback Rd. Suite 700
Phoenix, AZ 85016

MOTION FOR RELIEF FROM ORDER-5