# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Our Lady of Triumph Land Trust, ) | **JUDGMENT IN A CIVIL CASE** |
| ) | |
| Plaintiff, ) | CV 09-216-PHX-JWS |
| ) | |
| v. ) | |
| ) | |
| Suburban Mortgage, Inc., Mortageit, ) | |
| American Mortgage Specialists, Inc., ) | |
| AEGIS Wholesale Corporation, IndyMac ) | |
| Federal Bank FSB, Wells Fargo Bank, ) | |
| N.A., US Bank National Association, ) | |
| Quality Loan Service Corporation, ) | |
| Countrywide Home Loans, Inc., Michael A. ) | |
| Bosco, Jr., America's Servicing Company, ) | |
| First American Title Insurance Company, ) | |
| Recontrust Company, Mortgage Electronic ) | |
| Registration System, Inc., Homecomings ) | |
| Financial Services, LLC, Executive Trustee ) | |
| Services, LLC, Litton Loan Servicing LP, ) | |
| Costal Capital Corporation, MTC Financial, ) | |
| Inc., BankUnited, FSB, John Does, John ) | |
| Roes, Jane Does, American Home ) | |
| Mortgage Servicing, Inc., FDIC-Receiver, ) | |
| FDIC-Conservator, ) | |
| ) | |
| Defendants. ) | |

___   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July 24, 2009, all remaining claims in this case are dismissed without prejudice. Plaintiff to take nothing, and complaint and action are dismissed without prejudice.

|  |  |
|---|---|
|  | RICHARD H. WEARE |
|  | District Court Executive/Clerk |
| July 24, 2009 |  |
|  | s/ Sally Turner |
|  | By: Deputy Clerk |

cc: (all counsel)